IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

      Plaintiff,                  No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        A suggestion of death upon the record pertaining to the death of defendant Clive Robertson was filed on December 23, 2004. Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record. That time period has now expired, and no motion for substitution has been filed.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claim against defendant Robertson be dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after service of these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

1 and Recommendations."  Failure to file objections within the specified time may waive the right
2 to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: July 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
youn0951.25fr