IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

    Plaintiff,                  No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

    Defendants.             <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On July 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 3, 2005, this court adopted in full the findings and recommendations in an order stating, <u>inter alia</u>, that neither party had filed objections to the findings and recommendations. In fact, plaintiff filed objections to the findings and recommendations on July 29, 2005.[1] Good cause appearing, the August 3, 2005 order will be vacated.

---

[1] Plaintiff refiled his objections on August 12, 2005.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case, including the objections filed by plaintiff on July 29, 2005. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. This court's August 3, 2005 order is vacated;

2. The findings and recommendations filed July 8, 2005, are adopted in full; and

3. Plaintiff's claim against defendant Robertson is dismissed from this action.

DATED: August 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge