IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

       Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2005, plaintiff filed a document styled "Re: Discovery" in which he asks the clerk of the court whether, in light of the revised scheduling order, "plaintiff's requested discovery carry over to the amended complaint, or do plaintiff have to resubmit the requested discovery anew?" The precise nature of plaintiff's inquiry is not clear. Plaintiff is informed that the Court cannot give legal advice. Plaintiff may wish to consult the Federal Rules of Civil Procedure, particularly the rules governing discovery.

       IT IS SO ORDERED.

DATED: September 20, 2005.

UNITED STATES MAGISTRATE JUDGE

12;youn0951.inq