IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

        Plaintiff,                        No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 28, 2005, plaintiff filed a request for an extension of time to file and serve a motion to compel discovery. Pursuant to the revised scheduling order of July 8, 2005, all motions to compel discovery were due by October 28, 2005. Plaintiff seeks an extension of time until December 15, 2005 to file a motion to compel. Defendants oppose the request.

        Plaintiff has not provided any information about what discovery would be the subject of the motion; specifically, he has failed to provide any information that suggests that defendants have either failed to respond, or provided deficient responses to, properly served discovery requests.

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 28, 2005 request
2  for an extension of time to file a motion to compel discovery responses is denied.
3  DATED: December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
youn0951.36