IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

    Plaintiff,                            No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' December 20, 2005 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 10, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' December 20, 2005 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: January 25, 2006.

                                                    */s/ John F. Moulds*
                                         UNITED STATES MAGISTRATE JUDGE

12/mp;youn0951.36(2)