IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

     Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2005, plaintiff filed a document styled as objections to the magistrate judge's order filed December 6, 2005, denying plaintiff's request for an extension of time to file a motion to compel discovery responses. This court construes plaintiff's objections as a request for reconsideration of the magistrate judge's December 6, 2005 order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 6, 2005, is affirmed.

DATED: January 25, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge