IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

        Plaintiff,                         No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2006, plaintiff filed a motion for extension of time to file a pretrial statement. On April 7, 2006, defendants lodged a request to vacate the date for filing pretrial statements, and the pretrial conference and trial dates set in this court's July 8, 2005 revised scheduling order. Defendants' request is predicated on the pendency of their December 20, 2005 motion for summary judgment. Good cause appearing, plaintiff's motion and defendants' request will be granted. The parties will be relieved of their obligation to file pretrial statements until further order of court and the pretrial conference set on the papers before the undersigned on April 14, 2006 will be vacated. A new pretrial conference will be set, if appropriate, following resolution of defendants' pending motion. The jury trial date of July 5, 2006 will also be vacated.

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1.  Plaintiff's March 16, 2006 motion and defendants' April 7, 2006 request to
3  vacate dates are granted;

4  2.  The parties are relieved of the obligation to file pretrial statements until further
5  order of court;

6  3.  The pretrial conference on the papers before the undersigned on April 14,
7  2006 is vacated; and

8  4.  The jury trial set before the Honorable Frank C. Damrell on July 5, 2006 at
9  9:00 a.m. is vacated.

10  DATED:  April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; youn0951.vac