IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

        Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a motion for an extension of time to file objections to the court's July 26, 2006 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's August 11, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted until September 8, 2006 in which to file and serve objections to the findings and recommendations. No further extensions of time will be granted.

DATED: August 18, 2006.

UNITED STATES MAGISTRATE JUDGE

12;young0951.36