IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

       Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

       Defendants.          ORDER

_____/

       Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 22, 2006, plaintiff filed his fourth motion for the appointment of counsel. Plaintiff's previous requests were filed on May 7, 2003, December 1, 2003 and July 16, 2004. All motions were denied. (See Orders filed August 11, 2003, December 17, 2003, and September 16, 2004.) This court has no authority to require counsel to represent plaintiff in this case, see Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989), nor does the court find the exceptional circumstances required to support a request by the court for voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Cf. Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). For these reasons, plaintiff's motion for the appointment of counsel will therefore be denied.

/////

Plaintiff has also moved for appointment of an expert witness. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for expert witnesses. See 28 U.S.C. § 1915; see also Fed. R. Evid. 706(b) (compensation for court-appointed expert witnesses in most civil actions paid by the parties). Accordingly, plaintiff's motion for appointment of an expert witness will be denied.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's August 22, 2006 motion for the appointment of counsel and an expert witness is denied.

DATED: September 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
youn0951.31thr