IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

      Plaintiff,                            No. CIV S-03-0951 FCD JFM P

   vs.

PETER BRESLER, et al.,

      Defendants.                   <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2006, are adopted in full;

2. Defendants' December 20, 2005 motion for summary judgment is granted in part and denied in part, as follows:

   a. Summary judgment is granted for defendants Dr. Bresler, Dr. Iway, Dr. Hoffman, Dr. Sargent, Dr. Wu, Dr. Yee, and Dr. Wolf on plaintiff's Eighth Amendment claim and plaintiff's claim under Cal. Const. Art. 1, § 17;

   b. Summary judgment is denied for defendants Dr. Brown and Dr. McArthur on plaintiff's Eighth Amendment claim and plaintiff's claim under Cal. Const. Art. 1, § 17; and

3. This matter is referred back to the magistrate judge for further proceedings.

DATED: September 15, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge