IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

    Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    v.

PETER BRESLER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On July 11, 2007, this court issued a pretrial order that provided for objections to be filed within fifteen days. On July 27, 2007, plaintiff filed a two page document entitled "Plaintiff's Objections to Pretrial Order." However, this document did not contain any individual objections to the pretrial order, but states:

> Plaintiff do[es] not understand how to file objections to the "Pretrial Order." Plaintiff reviewed the Magistrate Judge's Rules 72-302, 72-303 and 72-304 and he do[es] not know if the enclosed objections are proper, but plaintiff will do the best he can.

(<u>Id.</u> at 2.)

        It appears that plaintiff may have intended to enclose objections with this filing. Good cause appearing, plaintiff will be granted an additional fifteen days to submit his

/////

1

1   objections.  If no further objections are filed, the order will become final without further order of
2   this court.
3   DATED:  September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; youn0951.eot