# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

          Plaintiff,               No. CIV S-03-0951 FCD JFM P

   vs.

PETER BRESLER, et al.,

          Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                                    /      **AD TESTIFICANDUM** (AMENDED)

        Albert Young, inmate # B-53150, a necessary and material witness in proceedings in this case on November 2, 2007, is confined in California State Prison - Solano, P.O. Box 4000, Vacaville, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, Jr., to appear by video-conferencing at California State Prison - Solano on November 2, 2007, at **1:30 p.m.**

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**  Warden, California State Prison-Solano, P.O. Box 4000, Vacaville, CA:

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  October 24, 2007.

UNITED STATES MAGISTRATE JUDGE

youn0951.841v2