IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

        Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    vs.

PETER BRESLER, et al.,

        Defendants.            <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The crux of plaintiff's complaint is that the medical treatment or delay in treatment for his Hepatitis C constituted deliberate indifference to a serious medical need and that the delay caused plaintiff's failure to respond to pegylated interferon/ribavarin therapy.

        Upon review of the file and good cause appearing therefor, the court finds as follows:

        Efforts to obtain legal representation without order of this court would be futile;

        1. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

        2. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

1

3. This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(g); and

4. This case has sufficient merit to warrant appointment pursuant to General Order No. 230.

Therefore, this court orders as follows:

1. Andrew W. Stroud, Esq., Mennemeier, Glassman & Stroud, 980 9th Street, Suite 1700, Sacramento, CA 95814, is appointed as attorney for plaintiff pursuant to General Order No. 230.

2. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file.

3. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order No. 230.

4. The January 28, 2008 trial confirmation hearing and the March 18, 2008 jury trial dates are vacated; said dates will be reset, if appropriate, upon resolution of the pending motions.

5. The writ of habeas corpus ad testificandum, issued December 20, 2007, for plaintiff's attendance at the January 28, 2008 trial confirmation hearing is vacated.

6. On or before April 1, 2008, counsel for plaintiff shall file a response to defendants' December 20, 2007 request for leave to file further motion for summary judgment.

DATED: January 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE