IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

      Plaintiff,                        No. CIV S-03-0951 FCD JFM P

     vs.

PETER BRESLER, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. The crux of plaintiff's complaint is that the medical treatment or delay in treatment for his Hepatitis C constituted deliberate indifference to a serious medical need and that the delay caused plaintiff's failure to respond to pegylated interferon/ribavarin therapy.

        On January 15, 2008, this court found plaintiff was entitled to appointment of counsel and appointed attorney Andrew W. Stroud as counsel of record for plaintiff. (Id.) On January 28, 2008, plaintiff's counsel submitted an unopposed ex parte application for leave to withdraw as counsel due to a conflict of interest. Good cause appearing, the court will grant Andrew W. Stroud's application to withdraw as appointed counsel.

        In light of this withdrawal, a new name has been obtained from the § 1983 attorney panel. Kelly Lois Pope, Esq., will be appointed to represent plaintiff in this action. In

1

light of this appointment, the Clerk of the Court will be directed to provide new counsel with a copy of that order.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 28, 2008 application to withdraw as counsel for plaintiff is granted; The Clerk of the Court is directed to terminate Andrew Stroud as counsel from the court's docket.

2. Kelly Lois Pope, Downey Brand LLP, 555 Capitol Mall, 10th Floor, Sacramento, CA 95814-4686; 916-444-1000; kpope@downeybrand.com, is appointed as new counsel for plaintiff pursuant to General Order No. 230.

3. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file.

4. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order No. 230.

5. On or before May 1, 2008, counsel for plaintiff shall file a response to defendants' December 20, 2007 request for leave to file further motion for summary judgment.

6. The Clerk of the Court shall electronically serve a copy of the following documents on new counsel for plaintiff: December 20, 2007 request (docket no. 105); December 20, 2007 motion, including attachments (docket no. 107); January 8, 2008 opposition (docket no. 108), January 14, 2008 reply (docket no. 109); and January 15, 2008 order (docket no. 110).

DATED: February 6, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE