IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

    Plaintiff,                      No. CIV S-03-0951 FCD JFM P

   vs.

PETER BRESLER, et al.,

    Defendants.                ORDER

                                /

          Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. The crux of plaintiff's complaint is that the medical treatment or delay in treatment for his Hepatitis C constituted deliberate indifference to a serious medical need and that the delay caused plaintiff's failure to respond to pegylated interferon/ribavarin therapy.

          On January 15, 2008, this court found plaintiff was entitled to appointment of counsel. On February 7, 2008, Kelly Lois Pope was appointed as counsel of record for plaintiff. (Id.) On February 29, 2008, plaintiff's counsel submitted an unopposed motion for leave to withdraw as counsel due to a conflict of interest. Good cause appearing, the court will grant Ms. Pope's application to withdraw as appointed counsel.

/////

1

In light of this withdrawal, a new name has been obtained from the § 1983 attorney panel. Robert P. Biegler, Esq., will be appointed to represent plaintiff in this action. In light of this appointment, the Clerk of the Court will be directed to provide new counsel with a copy of that order.

On February 21, 2008, plaintiff stated he had received attorney Stroud's motion to withdraw and inquired whether the court would appoint counsel to take Mr. Stroud's place. Plaintiff was provided with a copy of this court's order appointing Ms. Pope as counsel. Good cause appearing, the Clerk of the Court will be directed to send plaintiff a copy of the instant order.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 29, 2008 motion to withdraw as counsel for plaintiff is granted; The Clerk of the Court is directed to terminate Kelly L. Pope as counsel from the court's docket.

2. Robert P. Biegler, Biegler Law Firm, 1107 9th Street, Suite 1025, Sacramento, CA 95814, 916-444-3971; bieglerlaw@yahoo.com, is appointed as new counsel for plaintiff pursuant to General Order No. 230.

3. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file.

4. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order No. 230.

5. On or before June 1, 2008, counsel for plaintiff shall file a response to defendants' December 20, 2007 request for leave to file further motion for summary judgment.

6. The Clerk of the Court shall electronically serve a copy of the following documents on new counsel for plaintiff: December 20, 2007 request (docket no. 105); December 20, 2007 motion, including attachments (docket no. 107); January 8, 2008 opposition (docket no. 108), the January 14, 2008 reply (docket no. 109); and the instant order.

1    7. The Clerk of the Court shall serve a copy of the instant order on plaintiff
2 Albert Young, #B-53150, CSP-Solano, P.O. Box 4000, Vacaville, CA 95696-4000.
3 DATED: March 4, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE