IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

    Plaintiff,                    No. 2:03cv0951-FCD-JFM (PC)

    v.

PETER BRESLER, et al.,         <u>ORDER</u>

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding in forma pauperis and through appointed counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2007, defendants filed a request for leave to file further motion for summary judgment, accompanied by their proposed motion for summary judgment, and supported by the declaration of Ronald L. Koretz, M.D., defendants' expert witness. On January 8, 2008, plaintiff filed a pro se opposition to defendants' request to renew their motion for summary judgment almost two months after the final pretrial order issued and argued that allowing defendants to renew their motion would unfairly delay trial.

        On January 15, 2008, the court determined appointment of counsel was appropriate; on April 15, 2008, counsel was appointed pursuant to General Order 230. On May

28, 2008, plaintiff's counsel filed an opposition to defendants' untimely request to renew their motion for summary judgment, and requested the court appoint an expert witness for plaintiff.

However, counsel failed to identify the proposed expert witness, list the expert's qualifications or estimate what the potential costs for this expert witness would be. Accordingly, counsel will be directed to submit, *ex parte*, his request for authority to incur costs for the expert witness pursuant to General Order 230 within thirty days from the date of this order. Plaintiff shall include with his request an estimation of how much time is needed to obtain the expert's report and provide defendants with an opportunity to take the expert's deposition. Upon review of this submission, the court will reset this matter for trial.

Defendants' request to renew their motion for summary judgment out of time will be denied.

Finally, on July 1, 2008, plaintiff personally filed a document entitled "Notice to the Court." However, plaintiff is represented by counsel; plaintiff must direct his correspondence to counsel and not the court. See Fed. R. Civ. P. 11(a). The court will not respond to pro se filings while plaintiff is represented by counsel. The July 1, 2008 filing will be placed in the court file and disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' December 20, 2007 request for leave to file further motion for summary judgment (docket no. 105) is denied; the court will not rule on defendants' proposed motion for summary judgment (docket no. 107).

2. Within thirty days, counsel for plaintiff shall submit, *ex parte*, his request for authority to incur costs for the expert witness pursuant to General Order 230, including the information requested above.

3. The Clerk of the Court is directed to send plaintiff's counsel a copy of General Order 230, along with the accompanying forms, and to send plaintiff Albert Young, B-53150, CSP-Solano, P.O. Box 4000, Vacaville, California 95696-4000, a copy of the instant order.

4. Plaintiff's July 1, 2008 notice is disregarded. (Docket No. 124.)

DATED: July 2, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; youn0951.rmsj