IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

    Plaintiff,                    No. CIV S-03-0951 FCD JFM P

    v.

PETER BRESLER, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding in forma pauperis through counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983.  During the week of October 27, 2008, U.S. Magistrate Judge Nandor Vadas, Northern District of California, will be holding mediations at CSP-Solano.  Good cause appearing, counsel are directed to contact Judge Vadas at 707-445-2559 to schedule a specific date and time for a mediation of the instant case.  The Clerk of the Court will be directed to serve a copy of this order on Judge Vadas.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within ten days from the date of this order, counsel for plaintiff and counsel for defendants Dr. Brown and Dr. McArthur shall contact the Honorable Nandor J. Vadas, at 707-445-2559, to schedule a mediation.

1

2. The Clerk of the Court is directed to send a copy of the instant order to U.S. Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California 95501-1038.

DATED: September 26, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; youn0951.med