United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   ALBERT YOUNG,                              Case No 2:03-cv-00951 FCD JFM
13          Plaintiff,                          REPORT OF PRO SE PRISONER
                                                EARLY SETTLEMENT
14              v                               PROCEEDING
15   PETER BRESLER,
16          Defendants.
17
18
19          A settlement conference in this matter was held on October 30, 2008.  The results of

20   that proceeding are indicated below:

21   (1)    The following individuals, parties, and/or representatives participated in the

22          proceeding, each possessing the requisite settlement authority:

23              ☒  Plaintiff

24              ☐  Warden or warden's representative

25              ☒  Office of the California Attorney General,  James Flynn

26              ☒  Other: California Department of Corrections and Rehabilitation

27
28

1    (2)      The following individuals, parties, and/or representatives did not appear:

2    (3)      The outcome of the proceeding was:

3              ☐ The case has been completely settled.

4              ☐ The case has been partially resolved and, on or before

5    _____, counsel for defendants shall file a joint stipulation specifying

6    those claims which have been resolved and those that remain to be resolved by the Court.

7              ☐ The parties agree to an additional follow up settlement on

8    _____.

9              ☒ The parties are unable to reach an agreement at this time.

10

11   Date:  November 5, 2008                          _____

12                                                    Nandor J Vadas
                                                      United States Magistrate Judge
                                                      Northern District of California

13

**United States District Court**
For the Northern District of California