IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

       Plaintiff,                          No. CIV S-03-0951 FCD JFM P

    v.

PETER BRESLER, et al.,

       Defendants.               ORDER

_____/

       Plaintiff is a state prisoner proceeding in forma pauperis through counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983.  Counsel have unsuccessfully completed mediation with U.S. Magistrate Judge Nandor Vadas.  Good cause appearing, this matter is set for status conference on Thursday, December 18, 2008 at 11:00 a.m. before the undersigned.  Counsel may appear telephonically by making prior arrangements with Courtroom Deputy Jonathan Anderson, (916) 930-4072.  Accordingly, IT IS HEREBY ORDERED that this action is set for status conference on Thursday, December 18, 2008 at 11:00 a.m. before the undersigned in Courtroom #27.

DATED: December 2, 2008.

                                                      UNITED STATES MAGISTRATE JUDGE

/001; youn0951.sc

1