IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

        Plaintiff,                    No. 2:03-cv-0951 FCD JFM P

     v.

PETER BRESLER, et al.

        Defendants.           REVISED SCHEDULING ORDER

_____/

        This matter came on for status conference December 18, 2008.  Approximately five minutes before the time set for the conference, the office of plaintiff's counsel called to say that he was in trial.  Accordingly, there was no appearance for plaintiff.  James E. Flynn, Deputy Attorney General, appeared for defendants; he had not been notified of the impending absence of plaintiff's counsel.  The court determined to proceed with the scheduling matters before the court. Pursuant to Fed. R. Civ. P. 16(b), THIS COURT ORDERS AS FOLLOWS:

        1. Discovery is closed.

        2. The period for filing pretrial motions, except motions to compel discovery, is reopened and shall expire by close of business January 20, 2009.  Any motion so filed shall be briefed pursuant to Local Rule 78-230.

        3. Trial Confirmation Hearing is set in this case for June 12, 2009, at 1:30 p.m. Courtroom #2 before the Honorable Frank C. Damrell, Jr.  Fourteen days before the date

1  scheduled for the conference plaintiff shall file the statement required by Local Rule 16-281.
2  Seven days before the conference defendants shall file their statement pursuant to the same rule.
3  In addition to the material required by Local Rule 16-281, either party is invited to submit any
4  suggestions it may have concerning the matters set forth in Local Rule 16-282.
5       4.  This matter is set for jury trial before the Honorable Frank C. Damrell, Jr., on
6  August 11, 2009 at 9:00 a.m. in Courtroom #2.
7  DATED:  December 18, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; youn0951.41r