IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT YOUNG,

      Plaintiff,                   No. 2:03-cv-0951 FCD JFM (PC)

    vs.

PETER BRESLER, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On March 23, 2009, plaintiff filed a motion for postponement/stay of the proceedings. Plaintiff states his opposition to defendants renewed motion for summary judgment is two-thirds completed, but he has discovered he does not have a copy of his previous attorney's opposition to defendants' December 20, 2007 summary judgment motion, filed on June 30, 2008, or a copy of the court's ruling on said motion. Plaintiff contends he cannot complete his opposition without these documents.

        The court record reflects that although defendants filed a motion for summary judgment on December 20, 2007, plaintiff's June 30, 2008 filing (#123) was an opposition to defendants' request for leave to file further motion for summary judgment, also filed on December 20, 2007. The court denied said request on July 3, 2008. Although neither of these documents addresses the merits of the presently pending motion for summary judgment, the Clerk of Court will be directed to send plaintiff a copy of said filings.

1

However, plaintiff's request to postpone or stay this action will be denied. Plaintiff will be granted a brief extension of time to file his opposition to the renewed motion for summary judgment filed January 6, 2009. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's March 23, 2009 motion for postponement/stay of the proceedings is denied;

2. The Clerk of the Court is directed to send plaintiff a copy of prior counsel's opposition (#123), filed May 28, 2008, and this court's order (#125), filed July 3, 2008; and

3. Plaintiff shall file his opposition to defendants' renewed motion for summary judgment on or before April 20, 2009. No further extensions of time will be granted.

DATED: March 26, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; youn0951.36ii