1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT YOUNG,

11              Plaintiff,                No. 2:03-cv-0951 FCD JFM (PC)

12        vs.

13   PETER BRESLER, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16         Plaintiff has requested an extension of time to file objections to the May 27, 2009,

17   findings and recommendations.  Good cause appearing, the request will be granted.

18         Plaintiff has renewed his request for the appointment of counsel.  The United

19   States Supreme Court has ruled that district courts lack authority to require counsel to represent

20   indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298

21   (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of

22   counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir.

23   1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the

24   court does not find the required exceptional circumstances.  Plaintiff's request for the

25   appointment of counsel will therefore be denied.

26   /////

                                           1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  Plaintiff's June 12, 2009, motion for an extension of time is granted;

3         2.  Plaintiff is granted thirty days from the date of this order in which to file

4   objections to the May 27, 2009, findings and recommendations; and

5         3.  Plaintiff's June 12, 2009, request for the appointment of counsel is denied.

6   DATED:  June 23, 2009.

UNITED STATES MAGISTRATE JUDGE

/kly/001
youn0951.31

2